EXHIBIT "A"

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No.: 10-29919 |
| LP WATCH GROUP, INC., | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | Case No.: 10-29921 |
| CHARLES WINSTON LUXURY | ) | |
| GROUP, LLC, | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | Case No.: 10-29924 |
| A.G., INC., | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**ORDER GRANTING DEBTORS'** *EX PARTE*
**AGREED MOTION FOR AUTHORIZATION TO FILE**
**<u>CONSOLIDATED CHAPTER 11 CASE MANAGEMENT SUMMARY</u>**

9110429.1

**THIS MATTER** came before the Court on *Debtors' Ex Parte Agreed Motion for Authorization to File Consolidated Chapter 11 Case Management Summary* (the "Motion") (D.E. 5) filed by the above-captioned debtors in possession (collectively, the "Debtors"). The Motion, filed on an agreed, *ex parte* basis, seeks entry of an order authorizing the Debtors to file a consolidated Case Management Summary.[1] The Court has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§157 and 1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A). The relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors. Proper and adequate notice of the Motion and the hearing thereon has been given and that no other or further notice is necessary. Upon review of the record before the Court, good and sufficient cause exists to grant the relief requested. Accordingly, it is

**ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors are authorized to file a consolidated Case Management Summary, with the reservation of the right of the U.S. Trustee to request that the Debtors each prepare and file a separate Case Management Summary should the U.S. Trustee deem it necessary.

3. The Court shall retain jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

# # #

Submitted by:
Peter E. Shapiro, Esq.
Arnstein & Lehr, LLP
200 East Las Olas Blvd., Suite 1700
Fort Lauderdale, Florida 33301

---

[1] All capitalized terms shall have the meaning ascribed to them in the Motion unless otherwise defined herein.

2

9110429.1

Phone: (954) 713-7600
Fax: (954) 713-7700
peshapiro@arnstein.com

3

9110429.1