

**ORDERED in the Southern District of Florida on September 01, 2010.**

John K. Olson, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

LP WATCH GROUP, INC., *et al.*,

        Debtors.
_____/

Case No. 10-29919-JKO
Chapter 11

Jointly Administered
Case No. 10-29921
Case No. 10-29924

### INTERIM ORDER GRANTING DEBTORS' MOTION TO (A) OBTAIN POST-PETITION FINANCING, (B) USE CASH COLLATERAL, (C) GRANT SUBSTITUTE AND ADDITIONAL LIENS AND OTHER RELIEF, AND (D) SCHEDULE A FINAL HEARING (ECF NO. 93)

THIS MATTER came before the Court on August 30, 2010, at 10:30 a.m., upon LP Watch Group, Inc., Charles Winston Luxury Group, LLC, and A.G. Inc.'s (collectively the "Debtors") motion to (a) obtain post-petition financing, (b) use cash collateral, (c) grant substitute and additional liens and other relief, and (d) schedule a final hearing [ECF No. 93] (the "Motion"). The Court having reviewed the Motion and the stipulation (the "Stipulation") [ECF

No. 95] agreed to by the Debtors and Comerica Bank (the "Bank"), heard argument of counsel, it is:

ORDERED and ADJUDGED:

1. The Motion [ECF No. 93] is GRANTED on an interim basis subject to the rights of creditors and parties-in-interest to object as set forth more fully in the Stipulation.

2. The notice provided is adequate given the circumstances and interim relief set forth herein.

3. The Stipulation [ECF No. 95] is APPROVED on an interim basis subject to the rights of creditors and parties-in-interest to object as set forth more fully in the Stipulation.

4. The Debtors are authorized on an interim basis to obtain post-petition financing from the Bank in accordance with the budget attached to this Order as Exhibit A (the "Budget") and the terms of the Stipulation [ECF No. 95].

5. The Debtors are authorized to use cash collateral on an interim basis in accordance with the Budget and the terms of the Stipulation [ECF No. 95].

6. The Bank is granted a replacement lien on the Debtors post-petition assets as set forth more fully in the Stipulation [ECF No. 95].

7. The Bank is granted the super priority protections as set forth more fully in the Stipulation.

8. Any creditor and party-in-interest who so chooses shall file any objection to the Stipulation and this Interim Order on or before Friday, September 24, 2010, at 5:00 p.m., and shall serve a copy of any such objection(s) upon counsel for the (a) Debtors, (b) Comerica Bank, and (c) the Office of the United States Trustee.

9.      A final hearing on the Motion is scheduled for September 28, 2010, at 10:30 a.m., at the United States Bankruptcy Court, 299 East Broward Boulevard, Courtroom 301, Fort Lauderdale, Florida 33301.

#   #   #

Submitted by:
Phillip M. Hudson III
Arnstein & Lehr LLP
200 South Biscayne Boulevard, Suite 3600
Miami, Florida 33131

Copies to:
The Office of the United States Trustee, Comerica Bank, relevant taxing authorities, all counsel or parties who have filed appearances, and the parties on the list of twenty (20) largest unsecured creditors of the Debtors.



# LP Watch Group
# Financial Projection
August 14, 2010 - November 19, 2010

# LP WATCH GROUP et al

## Disclaimer

Enclosed is the consolidated financial projection ("Projection") for LP Watch Group, Inc., Charles Winston Luxury Group, LLC and A. G., Inc. (collectively, the "Company") for the period beginning August 14, 2010 through November 12, 2010, inclusive. This Projection has been prepared with information provided by management of the Company ("Management"). Development Specialists, Inc. ("DSI") did not audit or review the historical information provided by management. DSI does not provide any opinion or assurance that the historical information presented is accurate.

The Projection was not prepared with a view toward compliance with published guidelines of the Securities and Exchange Commission, the American Institute of Certified Public Accountants or any other US or international governing body regarding projections or forecasts for Generally Accepted Accounting Principles ("GAAP") or local laws or regulations... There can be no assurance that the Projection will be realized and actual results may be materially different. The Projection should not be regarded as a representation of DSI or Management that the projected results will be achieved. DSI and Management assume no responsibility for the accuracy of such information.

The Projection is intended solely for the use by Comerica Bank and should not be used by any person without knowledge of the Company's business or any other user except for Comerica Bank

The Projection reflects the Company's anticipated financial results and are forward-looking statements subject to risks and uncertainties such as the breadth of the global economic downturn, the ability to successfully rationalize inventory, retail demand and other competitive pressures. Forward-looking statements included herein are made as of the date hereof, and the Company and DSI undertake no obligation to update such statements to reflect subsequent events or circumstances. Actual results could differ materially from anticipated results.

**LP Watch Group et al**
**13 Week Cash Flow**
Borrowing Base

US$000s

| Week # | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week ending: | 8/20/2010 | 8/27/2010 | 9/3/2010 | 9/10/2010 | 9/17/2010 | 9/24/2010 | 10/1/2010 | 10/8/2010 | 10/15/2010 | 10/22/2010 | 10/29/2010 | 11/5/2010 | 11/12/2010 | 11/19/2010 |
| **COLLATERAL** | | | | | | | | | | | | | | |
| **Accounts Receivable** | | | | | | | | | | | | | | |
| Beginning Balance | $2,021.0 | $2,051.0 | $2,056.0 | $2,091.1 | $2,245.3 | $2,547.9 | $3,041.6 | $3,769.9 | $4,037.6 | $3,771.5 | $3,132.7 | $2,979.0 | $2,532.1 | $2,375.5 |
| Add: Asset Sales | 78.1 | 150.0 | 115.1 | 184.2 | 29.7 | 367.7 | 253.3 | 243.7 | 58.3 | 103.3 | 372.3 | 161.5 | 215.5 | 150.0 |
| Add: Closeout Sales | 0.0 | 0.0 | 0.0 | 0.0 | 350.0 | 200.0 | 725.0 | 430.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Add: Consignment Sales | 0.0 | 0.0 | 0.0 | 215.0 | 0.0 | 0.0 | 0.0 | 0.0 | 215.0 | 0.0 | 0.0 | 0.0 | 215.0 | 0.0 |
| Less: Cash Receipts | (48.2) | (145.0) | (80.0) | (245.0) | (77.0) | (74.0) | (250.0) | (406.0) | (539.4) | (742.1) | (526.0) | (608.4) | (588.1) | (250.0) |
| Net Accounts Receivable | $2,051.0 | $2,056.0 | $2,091.1 | $2,245.3 | $2,547.9 | $3,041.6 | $3,769.9 | $4,037.6 | $3,771.5 | $3,132.7 | $2,979.0 | $2,532.1 | $2,375.5 | $2,275.5 |
| Ineligible Balance | (1,462.5) | (1,382.4) | (1,309.0) | (1,253.0) | (1,201.0) | (1,193.4) | (1,171.4) | (1,180.2) | (1,090.1) | (1,060.1) | (1,010.1) | (995.1) | (961.6) | (884.3) |
| Eligible Balance | $588.5 | $673.6 | $782.0 | $992.2 | $1,346.9 | $1,848.1 | $2,598.5 | $2,857.4 | $2,681.4 | $2,072.6 | $1,968.9 | $1,537.0 | $1,413.8 | $1,391.2 |
| Advance Rate | 74.0% | 74.0% | 74.0% | 74.0% | 74.0% | 74.0% | 74.0% | 74.0% | 74.0% | 74.0% | 74.0% | 74.0% | 74.0% | 74.0% |
| Net A/R Availability | $435.5 | $498.5 | $578.7 | $734.2 | $996.7 | $1,367.6 | $1,922.9 | $2,114.5 | $1,984.2 | $1,533.7 | $1,457.0 | $1,137.4 | $1,046.2 | $1,029.5 |
| **Inventory** | | | | | | | | | | | | | | |
| Beginning In-Stock Inv. Balance | $8,833.2 | $8,833.2 | $8,750.7 | $8,757.4 | $8,637.9 | $8,507.8 | $8,445.6 | $7,677.8 | $7,239.2 | $7,255.7 | $7,205.4 | $7,000.7 | $7,100.1 | $6,932.8 |
| Add: Purchases | 0.0 | 0.0 | 70.0 | 100.0 | 201.2 | 320.0 | 24.0 | 82.5 | 166.8 | 6.5 | 0.0 | 188.3 | 70.0 | 0.0 |
| Less: COGS Asset Sales@ 55% | 0.0 | (82.5) | (63.3) | (101.3) | (16.3) | (202.2) | (139.3) | (134.0) | (32.1) | (56.8) | (204.6) | (88.8) | (119.1) | (82.5) |
| Less: COGS Closeout @ 90% | 0.0 | 0.0 | 0.0 | 0.0 | (315.0) | (180.0) | (652.5) | (387.0) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Less: COGS Consignment 55% | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (118.3) | 0.0 | 0.0 | 0.0 | (118.3) | 0.0 |
| Ending In-Stock Inv. Balance | $8,833.2 | $8,750.7 | $8,757.4 | $8,637.9 | $8,507.8 | $8,445.6 | $7,677.8 | $7,239.2 | $7,255.7 | $7,205.4 | $7,000.7 | $7,100.1 | $6,932.8 | $6,850.3 |
| Less: Ineligible Inv - Consignment | (1,721.5) | (1,721.5) | (1,721.5) | (1,603.2) | (1,603.2) | (1,665.5) | (1,667.5) | (1,679.5) | (1,563.3) | (1,585.3) | (1,587.3) | (1,619.3) | (1,503.0) | (1,525.0) |
| Less: Ineligible Inv - Reserve | (167.1) | (177.8) | (175.7) | (178.9) | (175.9) | (171.1) | (169.5) | (150.0) | (141.9) | (141.8) | (140.5) | (134.5) | (139.9) | (135.2) |
| Eligible Balance | $6,944.7 | $6,851.5 | $6,860.2 | $6,855.8 | $6,728.7 | $6,609.0 | $5,840.8 | $5,409.8 | $5,550.6 | $5,478.4 | $5,272.9 | $5,346.3 | $5,289.9 | $5,190.1 |
| Advance Rate | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | 53.0% | 51.0% | 49.0% |
| In-stock Inventory Availability | $3,819.6 | $3,768.3 | $3,773.1 | $3,770.7 | $3,700.8 | $3,635.0 | $3,212.4 | $2,975.4 | $3,052.8 | $3,013.1 | $2,900.1 | $2,833.6 | $2,697.8 | $2,543.2 |
| In-stock Advance Cap | $4,000.0 | $4,000.0 | $4,000.0 | $4,000.0 | $4,000.0 | $4,000.0 | $4,000.0 | $4,000.0 | $4,000.0 | $3,500.0 | $3,500.0 | $3,500.0 | $3,500.0 | $3,500.0 |
| Net In-Stock Availability | $3,819.6 | $3,768.3 | $3,773.1 | $3,770.7 | $3,700.8 | $3,635.0 | $3,212.4 | $2,975.4 | $3,052.8 | $3,013.1 | $2,900.1 | $2,833.6 | $2,697.8 | $2,543.2 |
| Beg. Consignment Inv. Balance | $1,721.5 | $1,721.5 | $1,721.5 | $1,721.5 | $1,603.2 | $1,603.2 | $1,665.5 | $1,667.5 | $1,679.5 | $1,563.3 | $1,585.3 | $1,587.3 | $1,619.3 | $1,503.0 |
| Add: Purchases | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 62.3 | 2.0 | 12.0 | 2.0 | 22.0 | 2.0 | 32.0 | 2.0 | 22.0 |
| Less: COGS @ 55% | 0.0 | 0.0 | 0.0 | (118.3) | 0.0 | 0.0 | 0.0 | 0.0 | (118.3) | 0.0 | 0.0 | 0.0 | (118.3) | 0.0 |
| End. Consignment Inv. Balance | $1,721.5 | $1,721.5 | $1,721.5 | $1,603.2 | $1,603.2 | $1,665.5 | $1,667.5 | $1,679.5 | $1,563.3 | $1,585.3 | $1,587.3 | $1,619.3 | $1,503.0 | $1,525.0 |
| Less: Ineligible Inv. | (200.6) | (200.6) | (200.6) | (200.6) | (200.6) | (200.6) | (200.6) | (200.6) | (200.6) | (200.6) | (200.6) | (200.6) | (200.6) | (200.6) |
| Eligible Balance | $1,520.9 | $1,520.9 | $1,520.9 | $1,402.6 | $1,402.6 | $1,464.9 | $1,466.9 | $1,478.9 | $1,362.7 | $1,384.7 | $1,386.7 | $1,418.7 | $1,302.4 | $1,324.4 |
| Advance Rate | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% |
| Availability | $684.4 | $684.4 | $684.4 | $631.2 | $631.2 | $659.2 | $660.1 | $665.5 | $613.2 | $623.1 | $624.0 | $638.4 | $586.1 | $596.0 |
| Consignment Advance Cap | $700.0 | $700.0 | $700.0 | $700.0 | $700.0 | $700.0 | $700.0 | $690.0 | $680.0 | $670.0 | $660.0 | $650.0 | $640.0 | $630.0 |
| Net Consignment Availability | $684.4 | $684.4 | $684.4 | $631.2 | $631.2 | $659.2 | $660.1 | $665.5 | $613.2 | $623.1 | $624.0 | $638.4 | $586.1 | $596.0 |
| Total Inventory Advance | $4,504.0 | $4,452.7 | $4,457.5 | $4,401.9 | $4,332.0 | $4,294.2 | $3,872.6 | $3,640.9 | $3,666.0 | $3,636.2 | $3,524.1 | $3,472.0 | $3,283.9 | $3,139.1 |
| **OVERFORMULA** | $900.0 | $900.0 | $900.0 | $900.0 | $900.0 | $900.0 | $900.0 | $700.0 | $500.0 | $300.0 | $100.0 | $0.0 | $0.0 | $0.0 |
| Total Formula Availability | $4,939.4 | $5,851.2 | $5,936.2 | $6,036.1 | $6,228.7 | $6,561.8 | $6,695.4 | $6,455.4 | $6,150.3 | $5,469.9 | $5,081.1 | $4,609.3 | $4,330.2 | $4,168.6 |
| **LOAN** | | | | | | | | | | | | | | |
| Actual Balance | $5,690.6 | $5,690.6 | $5,690.6 | $5,690.6 | $5,690.6 | $5,690.6 | $5,690.6 | $5,690.6 | $5,690.6 | $5,690.6 | $5,690.6 | $5,690.6 | $5,690.6 | $5,690.6 |
| **CASH** | | | | | | | | | | | | | | |
| Beginning Cash Balance | $504.0 | $268.1 | $366.7 | ($124.6) | ($345.4) | ($404.9) | ($484.1) | ($586.8) | ($278.8) | $163.8 | $585.9 | $884.0 | $1,381.6 | $1,874.4 |
| Plus: Net Change in cash | (235.9) | 98.6 | (491.3) | (220.9) | (59.5) | (79.2) | (102.7) | 308.0 | 442.6 | 422.2 | 298.1 | 497.6 | 492.8 | 21.5 |
| Ending Cash Balance | $268.1 | $366.7 | ($124.6) | ($345.4) | ($404.9) | ($484.1) | ($586.8) | ($278.8) | $163.8 | $585.9 | $884.0 | $1,381.6 | $1,874.4 | $1,895.0 |
| Loan Balance Net of Cash | $5,422.5 | $5,323.9 | $5,815.2 | $6,036.0 | $6,095.5 | $6,174.7 | $6,277.4 | $5,969.4 | $5,526.8 | $5,104.6 | $4,806.6 | $4,309.0 | $3,816.1 | $3,794.6 |
| NET Availability | ($483.0) | $527.3 | $121.1 | $0.1 | $133.2 | $387.1 | $418.0 | $486.0 | $623.4 | $365.3 | $274.5 | $300.4 | $514.0 | $374.0 |

**LP Watch Group et al**
**13 Week Cash Flow**
US$000s

| Week ending: | Ttl 13 Wks | 1<br>8/20/2010 | 2<br>8/27/2010 | 3<br>9/3/2010 | 4<br>9/10/2010 | 5<br>9/17/2010 | 6<br>9/24/2010 | 7<br>10/1/2010 | 8<br>10/8/2010 | 9<br>10/15/2010 | 10<br>10/22/2010 | 11<br>10/29/2010 | 12<br>11/5/2010 | 13<br>11/12/2010 | 11/19/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BEGINNING CASH BALANCE | $579.0 | $579.0 | $268.1 | $366.7 | ($124.6) | ($345.4) | ($404.9) | ($484.1) | ($586.8) | ($278.8) | $163.8 | $585.9 | $884.0 | $1,381.6 | $1,874.4 |
| **Adjustments to Cash Balance:** | | | | | | | | | | | | | | | |
| Comerica Interest | | Included in month-end charges | | | | | | | | | | | | | |
| Professional Fees | 75.0 | 75.0 | | | | | | | | | | | | | |
| Adjusted Cash Balance | $504.0 | $504.0 | | | | | | | | | | | | | |
| **SALES:** | | | | | | | | | | | | | | | |
| Net Asset Sales - New/Existing Inventory | $2,483.7 | $78.1 | $150.0 | $115.1 | $184.2 | $29.7 | $367.7 | $253.3 | $243.7 | $58.3 | $103.3 | $372.3 | $161.5 | $216.5 | $150.0 |
| Net Asset Sales - Closeout | 1,705.0 | | | | | 350.0 | 200.0 | 725.0 | 430.0 | | | | | | |
| Net Consignment Sales | 645.0 | | | 215.0 | | | | | | 215.0 | | | | 215.0 | |
| Total Sales | $4,833.7 | $78.1 | $150.0 | $115.1 | $399.2 | $379.7 | $567.7 | $978.3 | $673.7 | $273.3 | $103.3 | $372.3 | $161.5 | $431.5 | $150.0 |
| **CASH INFLOWS:** | | | | | | | | | | | | | | | |
| Accounts Rec. | $4,578.8 | $47.8 | $145.0 | $80.0 | $245.0 | $77.0 | $74.0 | $250.0 | $406.0 | $539.4 | $742.1 | $526.0 | $608.42 | $588.13 | $250.00 |
| Other | 0.4 | 0.4 | | | | | | | | | | | | | |
| Total Cash Inflows: | $4,579.2 | $48.2 | $145.0 | $80.0 | $245.0 | $77.0 | $74.0 | $250.0 | $406.0 | $539.4 | $742.1 | $526.0 | $608.4 | $588.1 | $250.0 |
| **CASH OUTFLOWS:** | | | | | | | | | | | | | | | |
| **Product Disbursements:** | | | | | | | | | | | | | | | |
| Product Purchases - Asset Sales | $1,329.4 | $70 | $301.2 | $320.0 | $24.0 | $82.5 | $166.8 | $6.5 | $188.3 | $70.0 | | $100.0 | | | |
| Product Purchases - Consignment/Samples | 162.3 | | | 62.3 | 2.0 | 12.0 | | 22.0 | | 32.0 | 2.0 | 2.0 | 2.0 | 2.0 | |
| Packaging | 50.5 | | 4.8 | | | | 10.0 | 5.5 | | 30.0 | | | | | |
| Customs Duties | 63.0 | 0.0 | 15.1 | 16.0 | 1.2 | 4.1 | 8.3 | 0.3 | 0.0 | 9.4 | 3.5 | 22.0 | 0.0 | 5.0 | |
| Freight In/Out/Duties | 206.9 | 25.7 | 28.7 | 25.0 | 0.5 | 25.0 | 0.5 | 25.0 | 0.5 | 25.0 | 0.5 | 25.0 | 0.5 | 25.0 | |
| Jewelry Insurance | 36.1 | 8.1 | 14.0 | | | | | | | | | 14.0 | | | |
| Payroll - Warehouse | 61.7 | 12.8 | 9.5 | 0.0 | 7.8 | 0.0 | 6.6 | 0.0 | 6.6 | 0.0 | 6.6 | 0.0 | 6.6 | 5.3 | |
| Payroll Taxes | 4.6 | 1.0 | 0.7 | 0.0 | 0.6 | 0.0 | 0.5 | 0.0 | 0.5 | 0.0 | 0.5 | 0.0 | 0.5 | 0.4 | |
| Casual Labor | 19.4 | 1.9 | 2.5 | | 2.5 | | 2.5 | | 2.5 | | 2.5 | | 2.5 | 2.5 | |
| Shipping Supplies, EDI Charges, Misc. | 14.5 | 2.0 | 2.5 | 0.5 | 0.5 | 2.0 | 0.5 | 0.5 | | 0.5 | 0.5 | 0.5 | 0.5 | 2.0 | |
| Total Disbursements for Product | $1,948.3 | $121.4 | $379.0 | $423.8 | $39.1 | $125.6 | $197.8 | $59.8 | $14.1 | $285.2 | $86.1 | $61.5 | $12.6 | $142.2 | |
| **General and Administrative Disbursements:** | | | | | | | | | | | | | | | |
| Payroll - Office | $187.3 | $18.1 | $24.3 | $0.0 | $22.8 | $0.0 | $22.8 | $0.0 | $22.8 | $0.0 | $27.3 | $0.0 | $27.3 | $21.8 | |
| Payroll Tax Expense | 14.0 | 1.4 | 1.8 | 0.0 | 1.7 | 0.0 | 1.7 | 0.0 | 1.7 | 0.0 | 2.0 | 0.0 | 2.0 | 1.6 | |
| Auto Expense | 1.2 | | | | 0.6 | | | | | 0.6 | | | | | |
| Computer Expense | 4.0 | 1.0 | | 1.0 | | | | 1.0 | | | | 1.0 | | | |
| Temporary Help | 15.9 | 1.9 | 2.0 | | 2.0 | | 2.0 | | 2.0 | | 2.0 | | 2.0 | 2.0 | |
| Dues and Subscriptions | 3.0 | | | | 1.0 | | | | 1.0 | | | | 1.0 | | |
| Meals and Entertainment | 2.4 | | 0.4 | | 0.4 | | 0.4 | | 0.4 | | 0.4 | | 0.4 | | |
| Equipment Lease | 8.5 | 1.0 | | | 2.5 | | | | 2.5 | | | | | 2.5 | |
| Insurance - Health | 26.8 | 2.3 | | | 3.5 | | | | 3.5 | | 3.5 | | 3.5 | 3.5 | |
| Insurance - Liability | 10.0 | | 3.5 | | | | 3.5 | | | | 2.5 | | | 2.5 | |
| Insurance - Workers' Comp. | 7.9 | 0.9 | 1.0 | | | | 2.5 | | | | 1.0 | | 1.0 | 1.0 | |
| Repairs and Maintenance | 7.2 | 2.7 | 1.5 | 1.0 | 1.0 | | 1.0 | 1.0 | 1.0 | | 1.5 | 1.0 | | | |
| Office Supplies | 3.8 | 0.8 | | | | | | | | | | | | | |
| Payroll Service | 11.4 | 0.9 | 1.5 | | 1.5 | | 1.5 | | 1.5 | 1.5 | 1.5 | 1.0 | 1.5 | 1.5 | |
| Permits and Licenses | 1.0 | 1.0 | | | | | | | | | | | | | |
| Postage | 1.8 | 0.2 | 0.1 | 0.1 | 0.2 | 0.1 | 0.1 | 0.2 | 0.1 | 0.1 | 0.2 | 0.1 | 0.1 | 0.2 | |
| Rent | 67.8 | | 22.6 | | | | 22.6 | | | | | 22.6 | | | |
| Security | 0.0 | | | | | | | | | | | | | | |
| Taxes - Personal Prop. | 0.0 | | | | | | | | | | | | | | |
| Telephone/Internet Expense | 11.9 | 2.4 | 2.5 | | | | 2.5 | | | | 2.5 | | | 2.0 | |
| Utilities (expense) | 15.5 | 2.0 | 3.5 | | | | 3.5 | | | | 3.5 | | | 3.0 | |
| Utilities (deposit) | 6.7 | 6.7 | | | | | | | | | | | | | |
| Miscellaneous | 19.5 | | 3.0 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | |
| Total Disbursements for G&A | $427.5 | $43.2 | $67.7 | $3.6 | $38.7 | $1.6 | $67.1 | $3.7 | $38.0 | $2.2 | $49.4 | $26.2 | $40.3 | $43.2 | |
| **Advertising and Marketing Disbursements:** | | | | | | | | | | | | | | | |
| Payroll - Sales | $101.1 | $9.3 | $13.0 | $0.0 | $12.4 | $0.0 | $12.4 | $0.0 | $12.4 | $0.0 | $14.9 | $0.0 | $14.9 | $11.9 | |
| Payroll Tax Expense | 7.6 | 0.7 | 1.0 | 0.0 | 0.9 | 0.0 | 0.9 | 0.0 | 0.9 | 0.0 | 1.1 | 0.0 | 1.1 | 0.9 | |
| Advertising and Promotion | 11.2 | 0.2 | 3.0 | | 2.0 | | | 2.0 | | | 2.0 | | | 2.0 | |
| Travel | 21.0 | | 4.3 | 3.0 | | | | 5.0 | | | 5.0 | | | 3.0 | |
| Miscellaneous | 7.3 | 0.8 | 1.0 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | |

**LP Watch Group et al**
**13 Week Cash Flow**

US$000s

| Week # | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week ending: | Ttl 13 Wks | 8/20/2010 | 8/27/2010 | 9/3/2010 | 9/10/2010 | 9/17/2010 | 9/24/2010 | 10/1/2010 | 10/8/2010 | 10/15/2010 | 10/22/2010 | 10/29/2010 | 11/5/2010 | 11/12/2010 | 11/19/2010 |
| Total Disbursements for Adv/Mkting | $148.1 | $11.0 | $0.7 | $22.2 | $3.5 | $15.8 | $0.5 | $13.8 | $7.5 | $13.8 | $0.5 | $23.5 | $0.5 | $16.5 | $18.3 |
| Other Operating Disbursements: | | | | | | | | | | | | | | | |
| Payroll - Service/Repairs | $46.0 | $7.3 | $0.0 | $7.3 | $0.0 | $7.3 | $0.0 | $5.0 | $0.0 | $5.0 | $0.0 | $5.0 | $0.0 | $5.0 | $4.0 |
| Payroll Tax Expense | 3.4 | 0.6 | 0.0 | 0.5 | 0.0 | 0.5 | 0.0 | 0.4 | 0.0 | 0.4 | 0.0 | 0.4 | 0.0 | 0.4 | 0.3 |
| Batteries for watches | 10.5 | 2.5 | | 4.0 | | | | | 2.0 | | | | 2.0 | | |
| Watch/Jewelry Repair Supp. | 4.0 | 1.0 | | 0.5 | | | 0.5 | | | 0.5 | | 0.5 | | 0.5 | 0.5 |
| Total Disbursements for Other Expenses | $63.9 | $11.3 | $0.0 | $12.3 | $0.0 | $7.8 | $0.5 | $5.4 | $2.0 | $5.9 | $0.0 | $5.9 | $2.0 | $5.9 | $4.8 |
| Interest | | | | | | | | | | | | | | | |
| Interest Expense - Comerica | $120.0 | | | $40.0 | | | | $40.0 | | | | $40.0 | | | |
| Total Disbursements for Interest | $120.0 | $0.0 | $0.0 | $40.0 | $0.0 | $0.0 | $0.0 | $40.0 | $0.0 | $0.0 | $0.0 | $40.0 | $0.0 | $0.0 | $0.0 |
| Cash Used for Operating Exp. | $2,707.9 | $186.9 | $3.4 | $521.3 | $430.9 | $101.5 | $128.2 | $324.1 | $73.0 | $71.8 | $287.9 | $204.9 | $90.2 | $75.3 | $208.5 |
| Other Cash Uses | | | | | | | | | | | | | | | |
| Prof. Fees - Legal (Bankruptcy) | $165.0 | $15.0 | $15.0 | $15.0 | $15.0 | $15.0 | $10.0 | $10.0 | $10.0 | $10.0 | $10.0 | $10.0 | $10.0 | $10.0 | $10.0 |
| Prof. Fees - Financial Advisor (Bankruptcy) | 215.0 | 20.0 | 25.0 | 20.0 | 20.0 | 20.0 | 15.0 | 15.0 | 15.0 | 15.0 | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 |
| Prof. Fees - Tax | 15.0 | | | 15.0 | | | | | | | | | | | |
| One-time payroll missed from 7/23/2010 | 62.0 | 62.0 | | | | | | | | | | | | | |
| Bank and Other Fees | 10.3 | 0.1 | 3.0 | | | | | 3.6 | | | | 3.0 | 0.6 | | |
| U.S. Trustee Fees | 12.0 | | | | | | | | | | 12.0 | | | | |
| Total Other Cash Uses | $479.3 | $97.2 | $43.0 | $50.0 | $35.0 | $35.0 | $25.0 | $28.6 | $25.0 | $25.0 | $32.0 | $23.0 | $20.6 | $20.0 | $20.0 |
| Total Cash Disbursements | $3,187.2 | $284.0 | $46.4 | $571.3 | $465.9 | $136.5 | $153.2 | $352.7 | $98.0 | $96.8 | $319.9 | $227.9 | $110.8 | $95.3 | $228.5 |
| Net Cash Flow | $1,392.0 | ($235.9) | $98.6 | ($491.3) | ($220.9) | ($59.5) | ($79.2) | ($102.7) | $308.0 | $442.6 | $422.2 | $298.1 | $497.6 | $492.8 | $21.5 |
| ENDING CASH BALANCE | $1,896.0 | $268.1 | $366.7 | ($124.6) | ($345.4) | ($404.9) | ($484.1) | ($586.8) | ($278.8) | $163.8 | $585.9 | $884.0 | $1,381.6 | $1,874.4 | $1,896.0 |